E-FILED:04-07-11

**JS-6**

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALI SWISA<br><br>PLAINTIFF(S)<br>vs.<br><br>WASHINGTON MUTUAL, INC., et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV 10-8153-PSG (AGRx)**<br><br>**DISMISSAL BY THE COURT<br>FOR FAILURE TO PROSECUTE** |

On March 8, 2011, the Court issued an Order to Show Cause Why Defendants Washington

Mutual, Inc.; Washington Mutual Bank, Henderson Nevada; Washington Mutual Bank, FSB; and

Federal Deposit Insurance Corporation should not be dismissed without prejudice under Fed. R.

Civ. P. 4(m).

A written response to this Order to Show Cause was ordered to be filed by March 28, 2011.

To date, no written response to the Order to Show Cause has been filed with the Court.

Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be

dismissed in its entirety.

DATED: ___04-06-11__

_____

Philip S. Gutierrez

U.S. District Judge